THE STATE OF KANSAS v. ANDREW BAIRD, *et al.*

APPEAL IN CRIMINAL CASES—*Service of Notice.* Attorneys of record of defendants in a criminal case in the district court have no power to

accept service of notice of appeal by the state. The service must be personal, or, in case the defendants can not be found, by posting in the office of the clerk of the district court.

### *Appeal from Neosho District Court.*

THIS case involves a single question of practice. *The State* undertook to appeal from a decision of the district court made in a criminal cause. The appellees having failed to appear the question is, has this court jurisdiction of the case?

*By the Court,*

BREWER, J.: This is a criminal case brought on appeal by the State. The notice required was served upon the clerk, but no notice of appeal was served on the defendants. The counsel of record of defendants in the district court accepted service of notice for them, but this is not sufficient. This point was decided in the case of *The State v. Brandon*, 6 Kas., 243, decided by this court in 1870. The defendants have made no appearance here personally or by counsel. No appeal has therefore in fact been taken, and the supposed appeal must be dismissed.

All the Justices concurring.